IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN ANTHONY HERNANDEZ, : | |
| : | |
| Petitioner, : | CIVIL ACTION NO. 19-508 |
| : | |
| v. : | |
| : | |
| BARRY SMITH, THE DISTRICT : | |
| ATTORNEY OF THE COUNTY OF : | |
| LEHIGH, and THE ATTORNEY : | |
| GENERAL OF THE STATE OF : | |
| PENNSYLVANIA, : | |
| : | |
| Respondents. : | |

## ORDER

**AND NOW**, this 29th day of September, 2020, after considering the "Motion for Reopening of Judgment Under Fed.R.Civ.P. Rule 60(b)(4), (6)" filed by the *pro se* movant, Melvin Anthony Hernandez (Doc. No. 12); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.  The "Motion for Reopening of Judgment Under Fed.R.Civ.P. Rule 60(b)(4), (6)" (Doc. No. 12) is **DENIED**; and

2.  There is no cause to issue a certificate of appealability.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.